UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PARRISH HAYDEN, JR., No. 22617-509,

    Petitioner,

  v.

T. LILLARD, Warden,

    Respondent.

Case No. 26-cv-00235-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Parrish Hayden's petition for writ of

*habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.


**DATED: March 20, 2026**               **MONICA A. STUMP, Clerk of Court**

                                          **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **United States District Judge**